**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LARRY DARNELL TALLEY,                                                                                                  PLAINTIFF
ADC #085667

V.                                      No. 5:11CV00307 JLH/JTR

DERWIN METCALF, Captain,
Arkansas Department of Correction, et al.                                                                       DEFENDANTS

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 8th day of February, 2012.

*J. Leon Holmes*
_____
UNITED STATES DISTRICT JUDGE